STEPHEN W. LEWIS  Utah Bar # 1952
Assistant Utah Attorney General
JOHN E. SWALLOW Utah Bar #5802
Utah Attorney General
Attorneys for Utah State Tax Commission
160 East 300 South, Fifth Floor
PO BOX 140874
Salt Lake City, Utah 84114-0874
Telephone 801-336-0375

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| ROCKWOOD CASUALTY INSURANCE CO., INC.,<br>    Plaintiff,<br>vs.<br><br>HIDDEN SPLENDOR RESOURCES, INC., et al.,<br>    Defendants. | **ORDER AUTHORIZING THE WITHDRAWAL OF THE ENTRY OF APPEARANCE & DISCLAIMER OF THE UTAH STATE TAX COMMISSION**<br><br>Civil Action 3:13-cv-00481-LRH-VPC |
|---|---|

On September 26, 2013, Defendant, Utah State Tax Commission, by and through its attorney, Stephen W. Lewis, Assistant Utah Attorney General, filed it's Entry of Appearance (Doc. #11) and Disclaimer (Doc. #12) in the present Interpleader action.  The electronic filing, for the benefit of defendant Utah State Tax Commission, was done by Plaintiff's Counsel.

The Clerk of the Court on October 9, 2013 gave notice to Utah Asst. Attorney General Stephen W. Lewis that within 45 days he was to register withe Court's Case Management and Electronic Case Filing System and Complete a Filing of Designation of Local Counsel.

Counsel for the State of Utah is not presently a Nevada Bar member, is not registered CM/ECF with the Nevada Federal Court and because it's client is a nominal and subordinate party in the present Interpleader action, it did not wish to have the expense or delay of associating with and designating Local Counsel.

Based on the fact that counsel for the Utah State Tax Commission is not a Nevada State Bar Member, is not a registered CM/ECF filer with the Nevada US District Court and is not associated with designated local counsel, it's Notice of Motion to Withdraw it's Entry of Appearance and Disclaimer should be granted and allowed.

**IT IS HEREBY ORDERED** that

1. The Utah State Tax Commission Entry of Appearance (Doc. #11) and Disclaimer (Doc. #12) are withdrawn from the Court records in this case.

2. The October 9, 2013 Court/Clerk directive that counsel Stephen W. Lewis, a Utah Bar Member, complete within 45 days, the filing of the Designation of Local Counsel and register with the Courts Case Management and Electronic Filing (CM/ECF) system is also withdrawn.

Dated this 21st day of October, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE